# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**CLARENDON NATIONAL INSURANCE COMPANY, a New Jersey corporation,**

       **Plaintiff,**

**vs.**                                 **No. CIV-08-580 MV-RLP**

**ANDY ROMERO dba A TO Z HANDY ANDY'S and JEFF HUEVEL,**

       **Defendants.**

### ORDER REGARDING SETTLEMENT CONFERENCE ATTENDANCE

THIS MATTER comes before the Court on the Unopposed Motion Regarding Settlement Conference Attendance (Doc. 28) submitted by Plaintiff Clarendon National Insurance Company ("Clarendon") and Defendant Andy Romero d/b/a A to Z Handy Andy's.  The Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that one of Clarendon's coverage attorneys, Daniel W. Lewis, is excused from attending the settlement conference.

IT IS FURTHER ORDERED that Clarendon's coverage adjuster may leave the settlement conference at 4:30 p.m. and participate telephonically after she leaves.

IT IS FURTHER ORDERED that attorney Scott Hatcher may attend and participate in the settlement conference.

IT IS FURTHER ORDERED that Mr. Romero's adjuster for the related arbitration may appear by telephone for the settlement conference.

                              _____

                              W. DANIEL SCHNEIDER
                              UNITED STATES MAGISTRATE JUDGE

Approved by:


__/s/ Brant L. Lillywhite_____
Brant Lillywhite, Esq.
Allen, Shepherd, Lewis, Syra & Chapman, P.A.
Attorneys for Plaintiff
P. O. Box 94750
Albuquerque, NM 87199-4750


_Electronic Approval 5/25/10_____
Julia Lacy Armstrong
Armstrong & Armstrong, P.C.
Attorneys for Andy Romero
218 Beimer Street, 4630 NDCBU
Taos, New Mexico 87571


_Electronic Approval 5/26/10_____
Grey Handy, Esq.
Comeau, Maldegen, Templeman & Indall, LLP
Counsel for Jeff Huevel
P. O. Box 669
Santa Fe, New Mexico 87504-0669


_Electronic Approval 5/25/10_____
Scott P. Hatcher, Esq
Hatcher & Tebo, P.A.
Arbitration Counsel for Andy Romero
150 Washington Ave Ste 204
Santa Fe, NM 87501-2066